**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 21-7489**

_____

MICHAEL RAY FORTUNA,

        Plaintiff - Appellant,

      v.

MRS. HOFFMAN, Medical Administrator; MRS. KROGAN, Assistant Medical
Administrator; MR. DEWAYNE HENDRIX, Warden; MRS. CORBIN, Physical
Assistant; MRS. SHAFFER, a/k/a N. Shafer, C.O.,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at
Clarksburg.  John Preston Bailey, District Judge.  (1:19-cv-00003-JPB)

_____

Submitted:  April 26, 2022                           Decided:  April 29, 2022

_____

Before AGEE and THACKER, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Michael Ray Fortuna, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Ray Fortuna appeals the district court's order adopting the magistrate judge's recommendation to dismiss with prejudice Fortuna's complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971). On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Fortuna's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*